United States District Court
Southern District of Texas
**ENTERED**
June 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JULIO FLORES *and* GLORIA PENA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-10 |
| | § | |
| DANILO CAVIC *and* RELOAD | § | |
| TRANSPORT, INC. | § | |

## ORDER

The parties have filed a stipulation of dismissal, wherein they agree that Plaintiffs' claims against Defendants should be dismissed with prejudice (Dkt. No. 20). Parties in a civil suit may generally dismiss claims without a court order upon filing a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. Fed. R. Civ. P. 41(a)(1)(A). Here, all parties signed the stipulation, and none of the above limitations apply. Therefore, the stipulation's filing automatically dismissed Plaintiffs' claims with prejudice. *See Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020).

Because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** June 27, 2023.

Marina Garcia Marmolejo
United States District Judge